IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

DAY IMAGING, INC. d/b/a LEGACY IMAGING, INC.
        Plaintiff,
v.

COLOR LABS ENTERPRISES, LLC;
COLOR LABORATORIES, LLC;
HOWARD BRAND, individually; and
JOSEPH VARRAVETO, individually.
        Defendants

---

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b)(Diversity)**

---

      TO:    The Honorable Judges of the United States District Court for the District of Colorado

      PLEASE TAKE NOTICE that the Defendants Howard Brand and Joseph Varraveto hereby remove to this Court the state court action described below:

      1.    On or about September 5, 2008, Plaintiff filed an action in the Denver County District Court in the State of Colorado under Case No. 08CV7890 against Color Labs Enterprises, LLC and Color Laboratories, LLC. Plaintiff's Complaint and Demand for Jury Trial is attached as Exhibit 1 and incorporated herein by reference. On July 22, 2009 leave was granted, the Order is attached as Exhibit 2, for Plaintiff to amend the complaint to add Defendants Howard Brand and Joseph Varraveto to the civil action. A copy of the amended complaint is attached hereto as Exhibit 3. Defendant Howard Brand was served in California on August 11, 2009. Defendant Joseph Varraveto accepted service on August 19, 2009.

      2.    The first date upon which Howard Brand and Joseph Varraveto received a

1

copy of Plaintiff's Amended Complaint and Jury Demand was on the dates that they were respectively served. Defendants don't have a copy of the Return of Service for Howard Brand, but a copy of the acceptance of service for Joseph Varraveto is attached as Exhibit 4. This action is a civil action in which the Court has original jurisdiction under 28 U.S.C. §1332 and is one which may be removed to this Court by either Howard Brand or Joseph Varraveto by virtue of provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states, and the matter in controversy allegedly exceeds the sum of $75,000.00, exclusive of interest and costs.

3. At the time the action was commenced, and at all times subsequent, the Plaintiff Day Imaging was a Colorado corporation. (Plaintiffs' Amended Complaint and Jury Demand ¶1 attached as Exhibit 2).

4. At the time that the action was commenced, and at all times subsequent, the Defendants Howard Brand and Joseph Varraveto were California residents. (Plaintiffs' Amended Complaint and Jury Demand ¶3).

5. At the time that the action was commenced, and at all times subsequent, Defendants Color Labs Enterprises, LLC and Color Laboratories, LLC were California limited liability companies with their principal place of business in Canoga Park, California. (Plaintiffs' Amended Complaint and Demand for Jury Trial ¶2).

6. This Notice of Removal is timely filed under 28 U.S.C. §1446(b) as it is filed within 30 days after service of process on the Defendants Howard Brand and Joseph Varraveto and not more than 1 year after the original action was commenced.

WHEREFORE, Defendants Howard Brand and Joseph Varraveto respectfully request that the above-titled case, currently pending in the Denver County District Court

in the State of Colorado, be removed from the United States District Court for the District of Colorado and this case proceed in this Court as an action properly removed thereto.

Dated this 4th day of September, 2009.

WOOD, RIS & HAMES, P.C.

By: /s/ Mark J. Jachimiak
Mark J. Jachimiak, #30044
1775 Sherman Street, #1600
Denver, Colorado 80203
Telephone: (303) 863-7700
Fax: (303) 830-8772
mjachimiak@wrhlaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2009, I electronically filed the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b)(Diversity)** with the Clerk of the Court and a true and correct copy of the foregoing was served upon the following:

Timothy M Rastello, Esq.
Holland & Hart, LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, Colorado 80302
TRastello@hollandhart.com

/s/ Julie Winchell