IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02123-DME-MEH

DAY IMAGING, INC., d/b/a LEGACY IMAGING, INC.,

    Plaintiff,

v.

COLOR LABS ENTERPRISES, LLC,
COLOR LABORATORIES, LLC,
HOWARD BRAND, individually, and
JOSEPH VARRAVETO, individually,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 2, 2009.**

    Plaintiff's Unopposed Motion for Stay Pending Decision on Plaintiff's Motion to Remand [filed September 30, 2009; docket #12] is **granted**.  This matter is stayed pending a decision on Plaintiff's Motion to Remand [filed September 30, 2009; docket #13].  The parties shall submit a status report within five business days of any decision, indicating what changes in the scheduling order are needed.