IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02123-DME-MEH

DAY IMAGING, INC., d/b/a LEGACY IMAGING, INC.,

        Plaintiff,

v.

COLOR LABS ENTERPRISES, L.L.C.,
COLOR LABORATORIES, L.L.C.,
HOWARD BRAND, individually,
JOSPEH VARRAVETO, individually

**ORDER ADOPTING RECOMMENDATION ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**

        This matter comes before the Court on <u>Plaintiff's Motion for Attorneys' Fees and Expenses</u> (Docs. 23, 30). Plaintiff Day Imaging moved for $17,952 in attorneys' fees, costs, and expenses. (<u>Id.</u> at 2.) The magistrate judge issued his <u>Recommendation on Plaintiff's Motion for Attorneys' Fees and Expenses</u>, which recommended granting, in part, and denying, in part, the plaintiff's motion. The magistrate judge recommended awarding only $7,972.50 in fees and expenses. (Doc. 31 at 4.) Because no objections were filed to challenge any part of the magistrate judge's recommendation, the Court has the discretion to review the recommendation "under any standard it deems appropriate." <u>Summers v. Utah</u>, 927 F.2d 1165, 1167 (10th Cir. 1991); <u>see also</u> <u>Thomas v. Arn</u>, 474 U.S. 140, 150 (1985) (explaining that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a <u>de</u> <u>novo</u> or any other standard, when neither party objects to those

findings"). The Court has reviewed the recommendation "to ensure 'that there is no clear error on the face of the record.'" Grady v. Edmonds, No. 06-01612, 2009 WL 524998, *1 (D. Colo. March 2, 2009) (quoting Lyons v. WM Specialty Mortg. LLC, No. 08-00018, 2009 WL 2911810, *1 (D. Colo. July 18, 2008)). "[T]his standard of review is something less than a 'clearly erroneous or contrary to law' standard of review, which in turn is less than a de novo review." United States v. Aguilar, 90 F. Supp. 2d 1152, 1157 n.1 (D. Colo. 2000). The Court finds no such error. Therefore, the magistrate judge's recommendation is ADOPTED in full. See 28 U.S.C. § 636 ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.").

DONE AND SIGNED this  19th  day of  April , 2010.

BY THE COURT:

*s/ David M. Ebel*

U. S. Circuit Court Judge